UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| IN RE: | ) 3:09-CV-06 | 3:09-CV-09 |
| | ) 3:09-CV-14 | 3:09-CV-48 |
| | ) 3:09-CV-54 | 3:09-CV-64 |
| | ) 3:09-CV-114 | 3:09-CV-491 |
| | ) 3:09-CV-495 | 3:09-CV-496 |
| | ) 3:09-CV-497 | 3:09-CV-504 |
| TENNESSEE VALLEY AUTHORITY | ) 3:09-CV-511 | 3:09-CV-517 |
| ASH SPILL CASES | ) 3:09-CV-528 | 3:09-CV-529 |
| | ) 3:09-CV-534 | 3:09-CV-550 |
| | ) 3:09-CV-551 | 3:09-CV-552 |
| | ) 3:09-CV-553 | 3:09-CV-554 |
| | ) 3:09-CV-555 | 3:09-CV-563 |
| | ) 3:09-CV-564 | 3:09-CV-565 |
| | ) 3:09-CV-566 | 3:09-CV-568 |
| | ) 3:09-CV-569 | 3:09-CV-570 |
| | ) 3:09-CV-571 | 3:09-CV-572 |
| | ) 3:09-CV-576 | 3:09-CV-577 |
| | ) 3:09-CV-578 | 3:09-CV-579 |
| | ) 3:09-CV-580 | 3:09-CV-581 |
| | ) 3:09-CV-582 | 3:09-CV-583 |
| | ) 3:09-CV-584 | 3:09-CV-589 |
| | ) 3:09-CV-590 | 3:09-CV-591 |
| | ) 3:09-CV-592 | 3:09-CV-593 |
| | ) 3:09-CV-594 | 3:09-CV-595 |
| | ) 3:09-CV-596 | 3:09-CV-597 |
| | ) 3:09-CV-598 | 3:09-CV-602 |
| | ) 3:09-CV-603 | 3:09-CV-604 |
| | ) 3:09-CV-605 | 3:10-CV-189 |
| | ) 3:10-CV-190 | 3:10-CV-191 |
| | ) | |
| | ) (VARLAN/GUYTON) | |

**MEMORANDUM AND ORDER**

These related actions are before the Court pursuant to 28 U.S.C. § 636(b), the Rules of this Court, and by the referral of the Honorable Thomas A. Varlan, United States District Judge, for disposition of matters pertaining to discovery.

On July 14, 2010, the Court entered an Order [Doc. 186, 3:09-CV-09], instructing the Plaintiffs to "form a Plaintiffs' Coordination Committee for coordination of deposition discovery." The Plaintiffs were to file a "list of the members of the Plaintiffs' Coordination Committee and a list of the Designated Discovery Cases on or before August 6, 2010."

On August 6, 2010, Attorney Elizabeth Alexander filed Plaintiffs' Agreed Coordination Committee for Coordination of Deposition Discovery, [Doc. 197, 3:09-CV-09], along with an affidavit stating that the proposed committee had been submitted to counsel via email. On the same day, Attorney Gordon Ball submitted Plaintiff Larry Mays' Objection to Proposed "Plaintiffs' Agreed Coordination Committee for Coordination of Deposition Discovery," [Doc. 196, 3:09-CV-09], objecting, in part, to the proposed coordination committee. The parties have filed other supplemental materials, [e.g., Docs. 198 and 199, 3:09-CV-09], which the Court has fully reviewed.

Having reviewed the filings, the Court finds the Plaintiffs' Agreed Coordination Committee for Coordination of Deposition Discovery is well-taken. The proposed committee will enable counsel to represent their various clients' positions, while facilitating efficient disposition of discovery. Accordingly, the Plaintiffs' Agreed Coordination Committee for Coordination of Deposition Discovery will be **ENTERED FORTHWITH**. All objections thereto are **OVERRULED**.

**IT IS SO ORDERED.**

ENTER:

    s/ H. Bruce Guyton
United States Magistrate Judge