**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

| | | |
|---|---|---|
| LARRY MAYS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No.: 3:09-CV-6 |
| | ) | (VARLAN/GUYTON) |
| TENNESSEE VALLEY AUTHORITY, | ) | |
| | ) | |
| Defendant. | ) | CLASS ACTION |

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS STIPULATED AND AGREED** by the Plaintiff, Larry Mays, and the

Defendant, Tennessee Valley Authority, in the above-captioned action, through authorized

counsel below, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure,

the above-captioned action is hereby dismissed by Plaintiff above with prejudice as to all

claims and all Defendants, with each party to bear its own costs and attorneys' fees.

Dated: August 10, 2011                    Respectfully submitted,

**BALL AND SCOTT LAW OFFICE**

By:    /s/ W. Gordon Ball
       Gordon Ball, BPR# 001135
       Thomas S. Scott, Jr., BPR #1086
       Christopher T. Cain, BPR #19997
       550 W. Main Street
       Bank of America Center, Suite 601
       Knoxville, TN 37902
       Tel: (865) 525-7028

*Counsel for Plaintiff Larry Mays*

**TVA GENERAL COUNSEL'S OFFICE**

By:     /s/ Edwin W. Small_____
         Edwin W. Small, Assistant General Counsel
         (TN BPR 012347)
         Peter K. Shea (TN BPR 005573)
         Brent R. Marquand (TN BPR 004717)
         James S. Chase (TN BPR 020578)
         David D. Ayliffe (TN BPR 024297)
         Elizabeth A. Ward (TN BPR 026648)
         400 West Summit Hill Drive
         Knoxville, Tennessee 37902-1401
         Telephone: 865-632-3021

**SHOOK, HARDY & BACON L.L.P.**

         /s/ Mark D. Anstoetter_____
         Mark D. Anstoetter (MO Bar #47638)
         2555 Grand Blvd.
         Kansas City, Missouri 64108-2613
         Telephone: 816-474-6550

         *Attorneys for Tennessee Valley Authority*

## CERTIFICATE OF SERVICE

I, W. Gordon Ball, do hereby certify that a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

This 10th day of August, 2011.

/s/ W. Gordon Ball
W. Gordon Ball